UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| John Sherbine, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No.: 4:18-cv-02420-JRA <br> : |
| Plaza Services, LLC; and DOES 1-10, inclusive, | : <br> : <br> : |
| Defendants. | : <br> : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action *with prejudice* pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated December 20, 2018

                                                Respectfully submitted,

                                                By:  /s/ *Sergei Lemberg*

                                                Sergei Lemberg, Esq.
                                                Lemberg Law, L.L.C.
                                                43 Danbury Road, 3rd Floor
                                                Wilton, CT 06897
                                                Telephone: (203) 653-2250
                                                Facsimile:  (203) 653-3424
                                                Email: slemberg@lemberglaw.com
                                                Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 20, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Northern District of Ohio Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Sergei Lemberg

                                          Sergei Lemberg